UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSUE ROMERO,                                                           :
:
                           Plaintiff,        :         20-CV-8533 (JMF)
:
      -v-                                                               :         ORDER
:
BALLREICH SNACK FOOD COMPANY, LLC,                                      :
:
                           Defendant.       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Case Management Plan and Scheduling Order, ECF No. 11, the parties were required to file a joint letter no later than December 16, 2020, indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes and, if so, approximately when they believe a settlement conference should be held.  To date, the parties have not complied with their obligation.  They shall promptly confer and file the required letter on ECF, or sanctions may be imposed.

       SO ORDERED.

Dated: December 17, 2020
       New York, New York
                                                                  JESSE M. FURMAN
                                                 United States District Judge