UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
JOSUE ROMERO,

                         Plaintiff,                         20-CV-8533 (JMF)

                -v-                           ORDER

BALLREICH SNACK FOOD COMPANY, LLC,

                       Defendant.
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 19, 2021, Plaintiff filed a notice of voluntary dismissal of this action under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. ECF No. 23. As the Court previously noted, because Defendant has answered the Complaint, Plaintiff's Rule 41(a)(1)(A)(i) notice is invalid. *See* ECF No. 24. Accordingly, on April 20, 2021, the Court ordered Plaintiff to promptly file a stipulation of dismissal signed by all parties who have appeared under Rule 41(a)(1)(A)(ii), or to move for dismissal under Rule 41(a)(2). *See id.* To date, Plaintiff has not satisfied this obligation. No later than **April 30, 2021,** Plaintiff shall file an appropriate stipulation or motion or, if Plaintiff no longer intends to seek dismissal, a letter to that effect. Failure to comply with this Order may result in sanctions.

       SO ORDERED.

Dated: April 28, 2021
       New York, New York

                                                    JESSE M. FURMAN
                                                United States District Judge